# IN THE SUPREME COURT OF THE STATE OF NEVADA

GONZALO I. GALINDO-MILAN; AND
JULIE L. HAMMER,
　　　　　　　　　Appellants,
　　　　　　vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
　　　　　　　　　Respondent.

No. 78602

**FILED**

OCT 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
　　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a motion to set aside a divorce decree for lack of jurisdiction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g), the complete record on appeal, and this court's Docket No. 74068 reveals that appellant has already appealed the identical orders in Docket No. 74068. This court has reached its final disposition in Docket No. 74068; accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Non-party Mary Rasmussen's "Motion for Limited Remand of the Issue of Child Custody to the District Court, to Declare Appellants Vexatious Litigants and for Clarification of June 27th, 2017 Remand Order" is denied. The motion filed on October 11, 2019, is denied as moot.

19-43771

cc: Hon. Robert W. Lane, District Judge
Gonzalo I. Galindo-Milan
Julie L. Hammer
Nye County District Attorney
Nye County Clerk